PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
LILLIAN J. LEE, NY 5449764
Special Assistant United States Attorney
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (206) 615-2733
E-Mail: lillian.j.lee@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORAINE MICHELLE RENTERIA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:23-CV-01693-SKO<br><br>STIPULATION AND UNOPPOSED MOTION FOR AN EXTENSION OF TIME; ORDER<br><br>(Doc. 19) |

　　　Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from July 24, 2024, up to and including August 23, 2024.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

　　　This is the Defendant's first request for an extension.  Defendant respectfully requests this extension to allow sufficient time to prepare the Commissioner's brief in light of this case's recent reassignment to Defendant's undersigned counsel due to office need. Defendant's counsel has been diligent in her work, and in the last four weeks, has completed three responsive briefs and a

settlement memorandum. In addition to this case, counsel has six upcoming responsive briefs in the next four weeks.

Respectfully submitted,

Dated: July 24, 2024     By:     /s/ *Stuart T. Barasch*\*
                                   (\*as authorized via e-mail on July 24, 2024)
                                   STUART T. BARASCH
                                   Attorney for Plaintiff

Dated: July 24, 2024             PHILLIP A. TALBERT
                                   United States Attorney
                                   MATHEW W. PILE
                                   Associate General Counsel
                                   Social Security Administration

                         By:     /s/ *Lillian J. Lee*
                                   LILLIAN J. LEE
                                   Special Assistant U.S. Attorney
                                   Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation (Doc. 19), IT IS SO ORDERED that Defendant shall have an extension, up to and including August 23, 2024, to respond to Plaintiff's Motion for Summary Judgment. Plaintiff shall have up to and including September 6, 2024, to file an optional reply.

IT IS SO ORDERED.

Dated:   **July 25, 2024**                    /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE